AO 257 (Rev. 6/78)

| **DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT** |
|---|

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
☐ SUPERSEDING

---OFFENSE CHARGED---

Title 8 U.S.C., Section 1326 - Illegal Reentry by an Alien After Deportation (Class C Felony)

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: Maximum Term of Imprisonment of Twenty Years;
Maximum Fine $250,000;
Maximum Term of Supervised Release of Three Years;
Mandatory Special Assessment of $100.

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

---DEFENDANT - U.S---

▶ EFRAIN CASTILLO-CHUN, a/k/a Efrain Castillo

DISTRICT COURT NUMBER
CR 08  0190  JSW

---PROCEEDING---

Name of Complaintant Agency, or Person (& Title, if any)
Dept of Homeland Security/Immigration/Customs Enforcemt.

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. ATTORNEY   ☐ DEFENSE
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
3-08-70149 JCS

Name and Office of Person Furnishing Information on this form   JOSEPH P. RUSSONIELLO
☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   DEREK R. OWENS

---DEFENDANT---

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☒ On this charge
5) ☐ On another conviction  } ☐ Federal  ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☒ Yes  ☐ No
If "Yes" give date filed  3/17/2008

DATE OF ARREST ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

---ADDITIONAL INFORMATION OR COMMENTS---

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT    Bail Amount: _____

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____   Before Judge: _____

Comments:

# United States District Court

### FOR THE
### NORTHERN DISTRICT OF CALIFORNIA
### CRIMINAL DIVISION
### VENUE: SAN FRANCISCO



UNITED STATES OF AMERICA,

V.

EFRAIN CASTILLO-CHUN
aka EFRAIN CASTILLO

DEFENDANT.

## INDICTMENT

Title 8, U.S.C. § 1326 - Illegal Reentry by an Alien after Deportation

A true bill.

_____
Foreman

Filed in open court this 25th day of
March 2008

Karen L. Hom, Clerk

JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

Bail, $ no process

1 | JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

FILED
08 MAR 25 PM 1:58
MICHAEL W. WILKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 08 0190 JSW |
| Plaintiff, | |
| v. | VIOLATION: 8 U.S.C. § 1326 – Illegal Reentry by an Alien After Deportation |
| EFRAIN CASTILLO-CHUN, a/k/a Efrain Castillo, | SAN FRANCISCO VENUE |
| Defendant. | |

INDICTMENT

The Grand Jury charges:

On or about March 12, 2008, the defendant,

EFRAIN CASTILLO-CHUN,
a/k/a Efrain Castillo,

an alien, having been previously excluded, deported and removed from the United States on or about May 13, 1996, was found in the Northern District of California, the Attorney General of the United States or the Secretary for the Department of Homeland Security not having expressly

//

INDICTMENT     1

1 | consented to a re-application by the defendant for admission into the United States, in violation
2 | of Title 8, United States Code, Section 1326.

4 | DATED:                                                                    A TRUE BILL.

5 | 03/25/08

6 |                                                                                  *Elizabeth Fall*
                                                                                       FOREPERSON

8
9 | JOSEPH P. RUSSONIELLO
    | United States Attorney

11 | GREGG W. LOWDER
12 | Chief, Major Crimes Section

13 | (Approved as to form: _____)
                                     AUSA OWENS

INDICTMENT                                  2