UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTE ORDER

Date: April 17, 2008

Case No. CR- 08-190 JSW          Judge: Jeffrey S. White

United States of America v. Efrain Castillo-Chun
           Defendant
           Present ( X ) Not Present ( ) In-Custody ( X )

| Derek Owens | Jodie Linker |
| --- | --- |
| U.S. Attorney | Defense Counsel |

Deputy Clerk: Jennifer Ottolini      Court Reporter: Kathy Powell
                                              Spanish Interpreter: Melinda Basker

## PROCEEDINGS

**REASON FOR HEARING:** Trial Setting

**RESULT OF HEARING:** Defendant is waiting for deportation tapes to be turned over. Government counsel has requested these tapes, but have not yet received them.

The Court ordered INS to turn over the tapes by no later than 4-24-08.

Case Continued to 5-15-08 at 2:30 p.m. for Further Status / Setting

**TIME EXCLUDABLE PURSUANT TO 18 U.S.C. § 3161**