JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

DEREK R. OWENS (CABN 230237)
Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, California  94102
    Telephone:  (415) 436-6488
    Fax:  (415) 436-7234
    Email: Derek.Owens@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>     Plaintiff, ) <br> ) <br>   v. ) <br> ) <br> EFRAIN CASTILLO-CHUN, ) <br> ) <br>     Defendant. ) <br> _____) | No. CR 08-0190 JSW <br><br> STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM APRIL 17, 2008 THROUGH MAY 18, 2008 |

    On April 17, 2008, the parties in this case appeared before the Court for a status conference. At that time, the parties stipulated that time should be excluded from the Speedy Trial Act calculations from April 17, 2008 through May 18, 2008, for effective preparation and continuity of defense counsel.  The parties represented that granting the continuance was the reasonable time necessary for effective preparation of defense counsel, taking into account the exercise of due diligence.  <u>See</u> 18 U.S.C. § 3161(h)(8)(B)(iv).  The parties also agreed that the

//

//

STIP. AND ORDER
CR 08-0190 JSW

1  ends of justice served by granting such a continuance outweighed the best interests of the public
2  and the defendant in a speedy trial.  See 18 U.S.C. § 3161(h)(8)(A).

4  SO STIPULATED:

5              JOSEPH P. RUSSONIELLO
               United States Attorney

7  DATED: 4/17/2008              /s/ Derek Owens
                                 _____
8                                DEREK R. OWENS
                                 Assistant United States Attorney

10 DATED: 4/18/2008              /s/ Jodi Linker
                                 _____
11                               JODI LINKER
                                 Attorney for Mr. Castillo-Chun

13    As the Court found on April 17, 2008, and for the reasons stated above, the Court finds that
14 an exclusion of time between April 17, 2008 through May 18, 2008, is warranted and that the
15 ends of justice served by the continuance outweigh the best interests of the public and the
16 defendant in a speedy trial.  See 18 U.S.C. §3161 (h)(8)(A).  The failure to grant the requested
17 continuance would deny defense counsel the reasonable time necessary for effective preparation,
18 taking into account the exercise of due diligence, and would result in a miscarriage of justice.
19 See 18 U.S.C. §3161(h)(8)(B)(iv).

21 SO ORDERED.

23 DATED: April 21, 2008              _____
                                      THE HONORABLE JEFFREY S. WHITE
24                                    United States District Court Judge

STIP. AND ORDER
CR 08-0190 JSW                    2