# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL MINUTE ORDER

**Date:** May 15, 2008

**Case No.** CR- 08-190 JSW             **Judge:** Jeffrey S. White

**United States of America   v.   Efrain Castillo-Chun**
                               Defendant
                               Present ( X ) Not Present (  ) In-Custody ( X )

| Derek Owens | Jodie Linker |
| U.S. Attorney | Defense Counsel |

**Deputy Clerk:** Jennifer Ottolini          **Court Reporter:** Lydia Zinn
                                             **Spanish Interpreter:** Melinda Basker

### PROCEEDINGS

**REASON FOR HEARING:** Trial Setting

**RESULT OF HEARING:**    The deportation tapes have been received by the defense.

**Case Continued to 7-2-08 at 10:00 a.m. for Motion to Dismiss**
(Motion Due: 6-5-08, Opp Due: 6-19-08, Reply Due: 6-26-08)

**TIME EXCLUDABLE PURSUANT TO 18 U.S.C. § 3161**