JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

DEREK R. OWENS (CABN 230237)
Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, California  94102
    Telephone:  (415) 436-6488
    Fax:  (415) 436-7234
    Email: Derek.Owens@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    Plaintiff, )<br>    v. )<br>EFRAIN CASTILLO-CHUN, )<br>    Defendant. ) | No. CR 08-0190 JSW<br><br>STIPULATION AND [PROPOSED]<br>ORDER EXCLUDING TIME FROM MAY<br>15, 2008 THROUGH JUNE 5, 2008 |

    On May 15, 2008, the parties in this case appeared before the Court for a status conference. At that time, the parties stipulated that time should be excluded from the Speedy Trial Act calculations from May 15, 2008 through June 5, 2008, for effective preparation and continuity of defense counsel.  The parties represented that granting the continuance was the reasonable time necessary for effective preparation of defense counsel, taking into account the exercise of due diligence.  See 18 U.S.C. § 3161(h)(8)(B)(iv).  The parties also agreed that the

//

//

STIP. AND ORDER
CR 08-0190 JSW

ends of justice served by granting such a continuance outweighed the best interests of the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(8)(A).

SO STIPULATED:

                                      JOSEPH P. RUSSONIELLO
                                      United States Attorney

DATED: 5/30/2008              Derek Owens
                                        _____
                                        DEREK R. OWENS
                                        Assistant United States Attorney

DATED: 6/2/2008               Jodi Linker
                                        _____
                                        JODI LINKER
                                        Attorney for Mr. Castillo-Chun

As the Court found on May 15, 2008, and for the reasons stated above, the Court finds that an exclusion of time between May 15, 2008 through June 5, 2008, is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. See 18 U.S.C. §3161 (h)(8)(A). The failure to grant the requested continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. See 18 U.S.C. §3161(h)(8)(B)(iv).

SO ORDERED.

DATED: June 4, 2008                                _____
                                                THE HONORABLE JEFFREY S. WHITE
                                                United States District Court Judge

STIP. AND ORDER
CR 08-0190 JSW                               2