```
 1  BARRY J. PORTMAN
    Federal Public Defender
 2  JODI LINKER
    Assistant Federal Public Defender
 3  19th Floor Federal Building
    450 Golden Gate Avenue
 4  San Francisco, CA 94102
    Telephone: (415) 436-7700
 5
    Counsel for Defendant CASTILLO-CHUN
 6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-08-190 JSW |
| ) Plaintiff, ) | **NOTICE OF MANUAL FILING** |
| ) v. ) | |
| ) EFRAIN CASTILLO-CHUN, ) | |
| ) Defendant. ) | |
| _____ ) | |

## MANUAL FILING NOTIFICATION

Regarding: EXHIBIT I TO THE DECLARATION OF JODI LINKER AUTHENTICATING

DOCUMENTS RECEIVED IN DISCOVERY FROM THE UNITED STATES IN SUPPORT OF

MOTION TO DISMISS INDICTMENT

    This filing is in paper or physical form only, and is being maintained in the case file in the

Clerk's office.

    If you are a participant on this case, this filing will be served in hard-copy shortly.

    For information on retrieving this filing directly from the court, please see the court's mail

web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

//

1   This filing was not efiled for the following reason(s):

2   _____ Voluminous Document (PDF file size larger than efiling system allowances)

3   _____ Unable to Scan Documents

4   _____ Physical Object (description): _____

5   __x___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media.

6   _____ Item Under Seal

7   _____ conformance with the Judicial Conference Privacy Policy (General Order 53).

8   _____ Other (description): _____

9       _____

10

11  Dated: June 5, 2008

12                                          Respectfully submitted,

13                                          BARRY J. PORTMAN
                                            Federal Public Defender
14
                                                        /s/
15
                                            JODI LINKER
16                                          Assistant Federal Public Defender
                                            Counsel for Castillo-Chun

17

18

19

20

21

22

23

24

25

26

NOTICE OF MANUAL FILING
Case No. 08-190 JSW                                             - 2 -