BARRY J. PORTMAN
Federal Public Defender
JODI LINKER
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant CASTILLO-CHUN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-08-190 JSW |
|---|---|---|
| Plaintiff, | ) ) | **DEFENDANT'S NOTICE OF NON-OPPOSITION TO GOVERNMENT'S MOTION TO DISMISS** |
| v. | ) ) | |
| EFRAIN CASTILLO-CHUN, | ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

Defendant Efrain Castillo-Chun, by and through his counsel, hereby files this Notice to inform the Court that he does not oppose the Government's Motion to Dismiss, Docket No. 19, filed June 16, 2008.

Dated: June 16, 2008

Respectfully submitted,

BARRY J. PORTMAN
Federal Public Defender

/s/

JODI LINKER
Assistant Federal Public Defender