1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  DEREK R. OWENS (CABN 230237)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-6488
7      Fax: (415) 436-7234
       derek.owens@usdoj.gov
8
   Attorneys for Plaintiff
9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                          SAN FRANCISCO DIVISION

13 UNITED STATES OF AMERICA,      )   No. CR 08-0190 JSW
                                  )
14        Plaintiff,              )
                                  )   **MOTION AND [PROPOSED] ORDER
15     v.                         )   TO DISMISS INDICTMENT**
                                  )
16 EFRAIN CASTILLO-CHUN,          )
                                  )
17        Defendant.              )
                                  )
18 _____

19     With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the

20 United States Attorney for the Northern District of California moves to dismiss the above

21 Indictment without prejudice and vacate the next appearance date of July 2, 2008, at 10:00 a.m.

22
                                      Respectfully submitted,
23
                                      JOSEPH P. RUSSONIELLO
24                                    United States Attorney

25

26         6/16/2008                  /s/ Derek Owens
   DATED: _____      _____
27                                    DEREK R. OWENS
                                      Assistant United States Attorney
28 //

MOTION AND [PROPOSED] ORDER TO DISMISS INDICTMENT
CR 08-0190 JSW

1 | The Court hereby grants leave to dismiss the above Indictment without prejudice and vacates
2 | the next appearance date of July 2, 2008, at 10:00 a.m.
3 | By this Order, the motion to dismiss filed by Defendant is deemed moot, and the Clerk
4 | shall terminate that motion (Docket No. 15).

5 | DATED: June 16, 2008

_____
THE HONORABLE JEFFREY S. WHITE
United States District Court Judge

MOTION AND [PROPOSED] ORDER TO DISMISS INDICTMENT
CR 08-0190 JSW