1   BARRY J. PORTMAN
    Federal Public Defender
2   JODI LINKER
    Assistant Federal Public Defender
3   19th Floor Federal Building
    450 Golden Gate Avenue
4   San Francisco, CA 94102
    Telephone: (415) 436-7700
5
    Counsel for Defendant CASTILLO-CHUN
6

7

8                     IN THE UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )    No. CR-08-190 JSW
                                       )
12                  Plaintiff,         )    **[PROPOSED] ORDER OF RELEASE**
                                       )
13  v.                                 )
                                       )
14  EFRAIN CASTILLO-CHUN,              )
                                       )
15                  Defendant.         )
    _____)
16

17          The Court has dismissed the one-count indictment against defendant Efrain Castillo-

18  Chun.  Accordingly, IT IS HEREBY ORDERED that defendant Efrain Castillo-Chun be released

19  from U.S. Marshal custody forthwith.

20

21                              _____
                                THE HONORABLE JEFFREY S. WHITE
22                              UNITED STATES DISTRICT COURT JUDGE

23

24

25

26