JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

DEREK R. OWENS (CABN 230237)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6488
Fax: (415) 436-7234
derek.owens@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 08-0190 JSW |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **GOVERNMENT'S NOTICE OF NON-OPPOSITION TO DEFENDANT'S MOTION FOR RELEASE FROM U.S. MARSHAL CUSTODY** |
| v. | ) | |
| | ) | |
| EFRAIN CASTILLO-CHUN, | ) | |
| | ) | |
| Defendant. | ) | |

With leave of the Court, the United States Attorney for the Northern District of California hereby provides notice to the Court that it does not oppose the Defendant's Proposed Order for Release from U.S. Marshal custody, document number 22.

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

DATED: 6/16/2008

/s/ Derek Owens
_____
DEREK R. OWENS
Assistant United States Attorney