1  BARRY J. PORTMAN
   Federal Public Defender
2  JODI LINKER
   Assistant Federal Public Defender
3  19th Floor Federal Building
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   Telephone: (415) 436-7700
5
   Counsel for Defendant CASTILLO-CHUN
6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )    No. CR-08-190 JSW
                                    )
12              Plaintiff,          )    [PROPOSED] ORDER OF RELEASE
                                    )
13 v.                               )
                                    )
14 EFRAIN CASTILLO-CHUN,            )
                                    )
15              Defendant.          )
   _____)
16

17     The Court has dismissed the one-count indictment against defendant Efrain Castillo-

18 Chun. Accordingly, IT IS HEREBY ORDERED that defendant Efrain Castillo-Chun be released

19 from U.S. Marshal custody forthwith.

20
                                    _____
21                                  THE HONORABLE JEFFREY S. WHITE
                                    UNITED STATES DISTRICT COURT JUDGE
22

23

24

25

26